IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| STACY SELLERS,<br><br>      Plaintiff,<br><br>v.<br><br>DAIKIN APPLIED AMERICAS INC.,<br><br>      Defendant. | CIVIL ACTION NO.: 4:25-cv-38 |

**O R D E R**

    Defendant filed Motion to Stay. Doc. 24. Defendant asks the Court to stay the discovery and other proceedings in this case pending resolution of its motion to dismiss. Id. Plaintiff does not object to Defendant's Motion. Doc. 26. Upon review, the Court **GRANTS** the Motion and **STAYS** the proceedings, including discovery obligations, in this case. If the case remains pending after resolution of Defendant's motion to dismiss, this stay shall lift automatically, and the parties shall file another Rule 26(f) report within 21 days of the order on Defendant's motion to dismiss.

    **SO ORDERED**, this 13th day of August, 2025.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA